**Opinion issued December 9, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-14-00608-CR**

**NO. 01-14-00609-CR**

**NO. 01-14-00610-CR**

_____

**KIM LY LIM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Case Nos. 1419352, 1419353, and 1419354**

## MEMORANDUM OPINION

Appellant, Kim Ly Lim, has filed a motion to dismiss the appeals. The motion is signed by the appellant and his attorney, in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). No opinion has

issued, and more than 10 days have passed and no party has responded to the motion.  *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeals.  *See* TEX. R. APP. P. 42.2(a), 43.2(f).  We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish.   TEX. R. APP. P. 47.2(b).